1  Harris L. Pogust, Esquire
   Pogust, Braslow & Millrood, LLC
2  161 Washington Street, Ste. 1520
   Conshohocken, PA 19428
3  Telephone: 610-941-4204
   Fax: 610-941-4245
4  Email: hpogust@pbmattorneys.com

5  Attorneys for Plaintiff

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) **MDL NO. 1699** **District Judge: Charles R. Breyer** |
| This Document Relates to: | ) ) |
| *Carolyn Brown*, (Case No. 06-3667 CRB) | ) ) ) **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE** |
| *Dawn Adrian*, (Case No. 06-3664 CRB) | ) ) ) |
| *Bonnie Martindale*, (Case No. 06-3666 CRB) | ) ) ) |

Come now all remaining Plaintiffs in these actions, including Dawn Adrian, Bonnie

20  Martindale and Carolyn Brown and Defendants, by and through the undersigned attorneys,

21  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

22  these actions with prejudice, with each side bearing its own attorneys' fees and costs.

23

24  DATED: /2-/-, 2009          By: _____
                                       Harris L. Pogust, Esquire
25                                     Pogust, Braslow & Millrood, LLC
                                       161 Washington Street, Ste. 1520
26                                     Conshohocken, PA 19428

27
                                       *Attorneys for Plaintiffs*
28
-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

1
2  DATED: Dec. 14, 2009          By: _____
3                                      DLA PIPER LLP (US)
                                       1251 Avenue of the Americas
4                                      New York, New York 10020
                                       Telephone: (212) 335-4500
5                                      Facsimile:  (212) 335-4501
6                                      *Defendants' Liaison Counsel*
7
8     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9     **IT IS SO ORDERED.**
10
11    DATED:  JAN -2 2010          _____
12                                       Hon. Charles R. Breyer
                                         United States District Court
13

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699